UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. ...
S... ...DIV.
2019 OCT 23 PM 4:09
...T. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-cr-170 |
| | ) | |
| LORI WILSON | ) | |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Government's

Response to Defendant's Motion For Review Of Detention Order, be sealed until

further Order of the Court, excepting only such disclosures as necessary to effect

service of process.

This 23ᴿᴰ day of October, 2019.

_____
HONORABLE WILLIAM T. MOORE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA