

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| v. ) | Case No. | CR419-170 |
| ) | | |
| LORI WILSON, ) | | |
| ) | | |
| Defendant. ) | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| v. ) | Case No. | CR419-185 |
| ) | | |
| MICHAEL WILSON, ) | | |
| ) | | |
| Defendant. ) | | |

ORDER

Katelyn Semales, counsel of record for the United States of America in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall

not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this 15th day of November 2019.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA