# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-cr-170 |
| | ) | |
| LORI WILSON | ) | |

## ORDER TO SEAL

Upon motion of the United States, it is ORDERED that the Government's Motion for a Protective Order Governing Discovery, be sealed until further Order of the Court, excepting only such disclosures as necessary to effect service of process.

This 2nd day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA