UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 4:19-cr-170 |
| ) | |
| v. ) | |
| ) | |
| LORI WILSON ) | |

**CONSENT RESTITUTION ORDER**

The parties, the United States of America, and the Defendant Lori Wilson, agree and stipulate as follows:

1. On October 1, 2019, a federal grand jury sitting in the Southern District of Georgia returned a 1-count Indictment against the Defendant, alleging a violation of 18 U.S.C. § 1512(b)(3) – Tampering with a Victim or Witness. Doc. 1.

2. On June 16, 2020, the Defendant pled guilty to Count 1 of the Indictment, Tampering with a Victim or Witness. Doc. 72.

3. In accordance with 18 U.S.C. § 3664(f) Mandatory Victims Restitution Act (MVRA), criminal victims are entitled to the full amount of their loss as determined by the court and without consideration of the economic circumstances of the Defendant. The parties have agreed that restitution in the amount of $20,000 should be paid to the minor victim, E.W.

4. Pursuant to 18 U.S.C.A. §§ 3556, 3663(a), and 3664(f), the Court hereby imposes restitution in the amount of $20,000.00, which is the full amount of the victim's loss in the captioned case.

5. While her restitution balance remains outstanding, Defendant agrees to submit in a timely manner each year all financial documentation required by the United States.

6. Defendant shall make her payment in the form of a check to the Clerk of Court, to be deposited into the Clerk's deposit account. Defendant understands that she must indicate her Criminal Case Number on the check, and that the check must be made payable to "Clerk, U.S. District Court" and mailed to:

> The United States Clerk of Court,
> P.O. Box 8286
> Savannah, GA 31412.

7. The Clerk is directed to mail restitution payments to the address on record for victim E.W.

8. The Defendant agrees that no discharge of debts in a proceeding pursuant to any chapter of Title 11, United States Code, shall discharge her liability to pay restitution pursuant to this Order, and that enforcement of the restitution herein is not subject to the automatic stay.

9. The Defendant acknowledges that it is her responsibility to notify the Financial Litigation Unit of the United States Attorney's Office for the Southern District of Georgia of any change in address or contact information.

10. The parties to this order hereby agree to be bound by the terms of this Consent Restitution Order.

IT IS SO ORDERED.

This \_\_\_10th\_\_\_ day of \_\_\_SEPT.\_\_\_, 2020.

_____
HONORABLE WILLIAM T. MOORE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

22 Barnard Street, Suite 300  
Savannah, Georgia 31401  
Telephone: (912) 652-4422  
Facsimile: (912) 652-4991

*s/ Katelyn Semales*  
Katelyn Semales  
Special Assistant United States Attorney

*s/ Jennifer G. Solari*  
Jennifer G. Solari  
Assistant United States Attorney

9/3/20  
Date

_____  
Stacey M. Goad, Defendant's Attorney

9/3/20  
Date

(with express permission)  
_____  
Lori Wilson, Defendant