UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:19-CR-170 |
| | ) | |
| v. | ) | |
| | ) | |
| LORI WILSON | ) | |
|    a/k/a "LORETTA | ) | |
|    LIGHTNINGBOLT" | ) | |

## ORDER

The government's motion for a limited unsealing of Grand Jury Testimony in accordance with Fed. R. Crim. P. 6(3)(e)(v) is GRANTED. The government will supply the prosecuting attorney for the Army in Michael Wilson's case a digital copy of the transcript of the grand jury testimony at issue, and that copy may be made available for defense. No further copies of the transcript will be made, and no further distribution will be granted.

SO ORDERED this __1ST__ day of ~~March~~ APRIL, 2021.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA